**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

Caroline Cowart,                    )        Civil No.: 1:25-cv-11947-AK
          *Plaintiff,*                )
                                      )
vs.                                   )
                                      )        District Judge Angel Kelley
Frank Bisignano, Commissioner,        )
Social Security Administration,       )
          *Defendant.*                )

**Order Entering Judgment Under Sentence**
**Four of 42 U.S.C. § 405(g) With Voluntary Reversal and**
**Remand to the Commissioner of Social Security**

The Court hereby allows defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the case to defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the ALJ will give further consideration to plaintiff's maximum residual functional capacity and provide a rationale with specific references to evidence of record in support of the assessed limitations. 20 C.F.R. §§ 404.1545, 416.945. In so doing, the ALJ will evaluate the opinion evidence pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. The ALJ will also offer plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

SO ORDERED this ___1st___ day of __June_____, 2026.

                              /s/ Angel Kelley_____
                              Angel Kelley, U.S. District Judge